UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EVIE DUNESKE,<br><br>Plaintiff,<br><br>v.<br><br>CODY STAUB, *et al.*,<br><br>Defendant. | Case No. 26-cv-13475<br>Honorable Robert J. White<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL (ECF NO. 15)**

Plaintiff Evie Duneske, proceeding pro se, sues Defendant Cody Staub, a police officer, alleging that he had her vehicle towed in violation of the Fourth Amendment. ECF No. 1. The Honorable Robert J. White referred this matter to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 10. Duneske moves to compel discovery. ECF No. 15.

Duneske's motion to compel is premature. Rule 26(d)(1) precludes parties from "seek[ing] discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules,

by stipulation, or by court order." None of the exceptions to this rule apply. Nor has Duneske requested early discovery. Staub has not yet been served, let alone have the parties had a Rule 26(f) conference. And the Court must screen Duneske's amended complaint under 28 U.S.C. § 1915(e)(2) to determine which defendants remain in the action, as she added new allegations against defendants who Judge White dismissed. ECF No. 5; ECF No. 13.

The Court thus **DENIES** Duneske's motion as premature.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: November 4, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 4, 2026.

s/Caitlin Shrum___
CAITLIN SHRUM
Case Manager